NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACENT L. WINSTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7024

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1073, Judge Lawrence B. Hagel.

---

## ORDER

Jacent L. Winston moves for leave to file his informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's February 4, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Secretary of Veterans Affairs' brief is due within 30 days from the date of filing of this order.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jacent L. Winston
Courtney S. McNamara

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK